464 A.2d 543

Forman, et ux., Appellants v. Rybas, ·et al.

■ Argued May 18, 1983. Gerald J. Williams, for appellants; Benjamin Paul, for appellees.

Before HESTER, BROSKY and BECK, JJ.

Order affirmed.